UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE: ARLENE R. LINDSAY**  **DATE: 1/14/2025**
United States Magistrate Judge

**TIME: 11:45 AM**

**DOCKET NO: 23-3567 (NJC)**

**CASE: Jokic et al v. Atlantikos Ltd., et al**

| | | |
|---|---|---|
| \_\_\_\_\_ | INITIAL CONFERENCE | |
| \_\_\_\_\_ | STATUS CONFERENCE | |
| \_\_\_\_\_ | SCHEDULING CONFERENCE | BY TELEPHONE **X** |
| \_\_\_\_\_ | SETTLEMENT CONFERENCE | |
| \_\_\_\_\_ | FINAL CONFERENCE | |
| **X** | FAIRNESS HEARING | |

**APPEARANCES**

**FOR PLAINTIFF:**            **FOR DEFENDANTS:**
Brian L. Greben               Raymond Nardo

The following rulings were made:
   With respect to the Motion for Settlement of claims of plaintiff Jeton Shoshi only, having reviewed the terms of the parties' proposed settlement agreement, the Court finds that it is fair and reasonable, including the allocation of attorneys' fees. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).

                    **SO ORDERED:**
                    _____/s/_____